IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY E. MANCILL,<br>TDCJ-CID NO. 1111306,<br><br>Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN,<br><br>Respondent. | § § § § § § § § § § | <br><br><br><br><br>CIVIL ACTION NO. H-06-2878 |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order, the Petition for Writ of Habeas Corpus is **DISMISSED,** a Certificate of Appealability on all claims is **DENIED**, and this action is **DISMISSED with prejudice.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 6th day of June, 2007.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE